UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAUREN HUFFMAN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 5:05-cv-125 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| JANET OLZEWSKI, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**JUDGMENT**

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that petitioner's objections (docket # 17) be and hereby are OVERRULED and that the report and recommendation of the magistrate judge (docket # 16), as amplified by this court's memorandum opinion, is ADOPTED.

IT IS FURTHER ORDERED AND ADJUDGED that the petition for habeas corpus relief (docket # 1) be and hereby is DISMISSED WITHOUT PREJUDICE for lack of exhaustion pursuant to 28 U.S.C. § 2254(b)(1).

Date:     April 21, 2006            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE